IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03222-WYD-MEH

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 73.181.32.151,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 23, 2015 (ECF No. 12), it is

ORDERED that Defendant John Doe and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  February 23, 2015

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge